JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
gkraemer@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAYRA AGUIRRE-ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG STORE a/k/a KROGER and DOES I-V, and ROE CORPORATIONS, I-V, inclusive,<br><br>Defendants. | CASE NO. 2:20-cv-00009-RFB-BNW<br><br>**STIPULATION TO EXTEND** <u>**DISCOVERY SCHEDULE**</u><br>**(FIRST REQUEST)** |

Pursuant to LR II 26-4, the stipulation is supported by good cause. The state of emergency and resulting Court orders regarding COVID-19 have impacted the parties' ability to conduct discovery. Specifically, due to truncated office hours, the parties need additional time to secure their respective expert witnesses and additional time for the same to complete their expert reports. In addition, Defendant needs additional time to have Plaintiff execute authorizations for various providers (Plaintiff has agreed to provide the HIPAA authorizations on or before May 22, 2020), to collect the medical records and to provide the records to its experts. Finally, the pandemic has caused delays with procuring dates for certain depositions.

/ / /

/ / /

/ / /

CLAC 5635846.1

IT IS HEREBY STIPULATED AND AGREED by and between JOSHUA A. DOWLING, ESQ. of RICHARD HARRIS LAW FIRM, Attorneys for Plaintiff, MAYRA AGUIRRE-ORTIZ, and JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant, SMITH'S FOOD & DRUG CENTERS, INC., that certain discovery deadlines in this matter be continued for a period of 60 days to allow the parties additional time to complete discovery, and for the parties to retain and disclose experts.

**STATEMENT SPECIFYING THE DISCOVERY THAT HAS BEEN COMPLETED.**

1. The parties participated in the Fed. R. Civ. P. 26(f) conference;
2. Both parties have made their disclosures pursuant to Fed. R. Civ. P. 26.1(a)(1).
3. Defendant has served written discovery including interrogatories, requests for admissions, and requests for production of documents.
4. Defendant has deposed Plaintiff.
5. Defendant is awaiting HIPAA authorizations in order to collect Plaintiff's medical records.

**A. SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED.**

1. Designation of Plaintiff's Initial Expert Witnesses;
2. Designation of Defendant's Initial Expert Witnesses;
3. Designation of Plaintiff's Rebuttal Expert Witnesses;
4. Designation of Defendant's Rebuttal Expert Witnesses;
5. Defendant to identify and collect Plaintiff's medical records; and
6. Depositions of Defendant's FRCP 30(b)(6) designees.

In addition to the discovery set forth above, Plaintiff and Defendant intend to depose experts disclosed by either side prior to trial and may need to depose some of Plaintiff's treating physicians.

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 5635846.1

## B. **REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE DEADLINES CONTAINED IN THE DISCOVERY SCHEDULING ORDER**

The ongoing global pandemic has rendered the availability of expert witnesses to be limited. Defendant needs additional time to have Plaintiff execute authorizations for the various providers prior to the subject incident, collect the medical records and provide them to its Initial Experts.

## C. **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY**

As a result of the above, it is requested that the discovery deadlines in this case be continued 60 days from their present deadlines.

1. **Discovery Cut-Off Date:** The parties jointly propose that the discovery cut-off date be extended 60 days from its present deadline of July 21, 2020 to **Monday, September 21, 2020.**

2. **Amending the Pleadings and Adding Parties:** The parties do not seek to extend this deadline, but reserve the right to bring an appropriate motion in the future in the unlikely event that new information is found in discovery that creates the need to amend the pleadings.

3. **Fed.R.Civ.P. 2(a)(2) Disclosures (Experts):** The parties jointly propose that the Initial Expert Disclosure deadline be extended 60 days from its present deadline of May 22, 2020 to **Wednesday, July 22, 2020**; the parties also request that the deadline for rebuttal experts be extended 60 days from its present deadline of June 22, 2020 to **Monday, August 24, 2020.**

4. **Interim Status Report:** The parties jointly propose that the deadline to file an Interim Status Report be extended 60 days from its present deadline of May 22, 2020 to **Wednesday, July 22, 2020.**

5. **Dispositive Motions:** In the event that the discovery period is extended from the discovery cut-off date set forth in the proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended 60 days from its present deadline of August 20, 2020 to **Tuesday, October 20, 2020.**

6. **Pretrial Order:** The date for filing the joint pretrial order shall not be later than **Friday, November 20, 2020**, 30 days after the cut-off date for filing dispositive motions. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days

after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in the Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

**7. Fed.R.Civ.P. 26(a)(3) Disclosures:** The disclosures required by Fed.R.Civ.P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

**8. Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration, and/or an early neutral evaluation. The parties have not scheduled any such ADR forum at this point, but agree to reconsider following the disclosure of expert witness reports and after the close of discovery.

**9. Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

**10. Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding the use of electronic evidence but will address this issue again in the Pre Trial Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

CLAC 5635846.1

**11. Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline. Requests to extend discovery deadlines must comply fully with LR 26-4.

Respectfully submitted this 19th day of May, 2020.

| RICHARD HARRIS LAW FIRM | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Joshua A. Dowling | /s/ Jerry S. Busby |
| JOSHUA A. DOWLING, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 012956 | Nevada Bar No. 001107 |
| 801 South Fourth Street | 3016 West Charleston Boulevard - Suite 195 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89102 |
| (702) 444-4444 | (702) 366-1125 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| MAYRA AGUIRRE-ORTIZ | SMITH'S FOOD & DRUG CENTERS, INC. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 5/20/2020

CLAC 5635846.1

5