RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
MICHAEL I. SANDOVAL, ESQ.
Nevada Bar No.: 13242
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Michael@RichardHarrisLaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MAYRA AGUIRRE-ORTIZ, individually, <br><br> Plaintiff, <br><br> vs. <br><br> SMITH'S FOOD AND DRUG STORE a/k/a KROGER and DOES I-V, and ROE CORPORATIONS, I-V, inclusive, <br><br> Defendants. | CASE NO.:   2:20-cv-00009-RFB-BNW <br><br> **STIPULATION FOR EXTENSTION OF DISCOVERY DEADLINES (SECOND REQUEST)** |

The above named parties submit the following Stipulation for Extension of Discovery Deadlines (First Request).

**A.     DISCOVERY COMPLETED TO DATE**

This matter involves a slip and fall at one of defendant's local store branch locations. On January 23, 2020, the parties held an initial Rule 26(f) Conference. February 10, 2020, the Court entered a stipulated discovery plan and scheduling order. Plaintiff and Defendants have served their initial disclosure of witnesses and documents. Defendant has propounded a written discovery upon Plaintiff. Defendant has deposed Plaintiff. Plaintiff is in the process of deposing Defendant.

## B. DISCOVERY THAT REMAINS TO BE COMPLETED

The parties need to designate expert witnesses and conduct the depositions of the expert witnesses. Plaintiff needs to conduct the deposition of a representative of defendant and the depositions of defendant's employees who have information regarding the incident. Defendant needs to designate a Rebuttal Expert Witness. Plaintiff needs to designate a Rebuttal Expert Witness.

## C. REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED

The state of emergency and resulting Court orders regarding COVID-19 have impacted the parties' ability to conduct discovery. Specifically, due to truncated office hours, the parties need additional time to secure their respective expert witnesses and additional time for the same to complete their expert reports. In addition, the previously assigned Plaintiff attorney, is no longer with the Richard Harris Law Firm and was recently re-assigned to the new Plaintiff attorney, Michael I. Sandoval, Esq. Finally, the pandemic has caused delays with procuring dates for certain depositions. The parties did not request the instant extension of the discovery deadlines sooner than twenty-one days before the current discovery deadline as the parties did not realize until after that time that they would not be able to complete sufficient factual discovery to allow their experts to adequately prepare their reports prior to the current expert witness disclosure deadline.

Accordingly, the parties request that the Court extend the current discovery deadlines ninety days.

## D. PROPOSED DISCOVERY SCHEDULE

| | |
|---|---|
| Close of Discovery: | December 21, 2020. |
| Dispositive Motions: | January 20, 2021. |
| Joint Pre-Trial Order: | February 19, 2021. |
| Last day to amend pleadings: | Closed. |
| Initial Expert Disclosures: | Closed. |

| | |
|---|---|
| Rebuttal Expert Disclosures: | Closed. |
| Interim Status Report | Closed. |

DATED this  2  day of October, 2020.           DATED this  2  day of October, 2020.
**RICHARD HARRIS LAW FIRM**                    **COOPER LEVENSON, P.A.**


 */s/ Michael Sandoval*                         */s/ Andre T. Marques*
───────────────────────────                    ───────────────────────────
MICHAEL I. SANDOVAL, ESQ.                      ANDRE T. MARQUES ESQ.
Nevada Bar No. 013242                          Nevada Bar No. 14737
801 South Fourth Street                        JERRY S. BUSBY, ESQ.
Las Vegas, Nevada 89101                        Nevada Bar No. 1107
*Attorneys for Plaintiff*                      3016 W. Charleston Blvd., Suite 195
                                               Las Vegas, Nevada 89102
                                               *Attorneys for Defendant*

IT IS SO ORDERED.

Dated this  6th  day of  October , 2020.

_____
UNITED STATES MAGISTRATE JUDGE