RICHARD A. HARRIS, ESQ.
Nevada Bar No. 505
MICHAEL I. SANDOVAL, ESQ.
Nevada Bar No.: 13242
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 444-4444
Fax:  (702) 444-4455
E-Mail: Michael@RichardHarrisLaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAYRA AGUIRRE-ORTIZ, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG STORE a/k/a KROGER and DOES I-V, and ROE CORPORATIONS, I-V, inclusive,<br><br>Defendants. | CASE NO.:   2:20-cv-00009-RFB-BNW<br><br>**STIPULATION FOR EXTENSTION OF DISCOVERY DEADLINES (FOURTH REQUEST)** |

The above named parties submit the following Stipulation for Extension of Discovery Deadlines (Fourth Request).

**A.     DISCOVERY COMPLETED TO DATE**

This matter involves a slip and fall at one of defendant's local store branch locations. On January 23, 2020, the parties held an initial Rule 26(f) Conference. February 10, 2020, the Court entered a stipulated discovery plan and scheduling order. Plaintiff and Defendants have served their initial disclosure of witnesses and documents. Defendant has propounded a written discovery upon Plaintiff. Defendant has deposed Plaintiff. Plaintiff is in the process of deposing Defendant.

1

**B.     DISCOVERY THAT REMAINS TO BE COMPLETED**

Defendant needs to take the deposition of Plaintiff's expert witness. Plaintiff needs to disclose additional medical records.

**C.     REASONS WHY DISCOVERY HAS NOT BEEN COMPLETED**

The state of emergency and resulting Court orders regarding COVID-19 have impacted the parties' ability to conduct discovery. Specifically, due to truncated office hours, the parties need additional time to collect additional medical records. The parties did not request the instant extension of the discovery deadlines sooner than twenty-one days before the current discovery deadline as the parties did not realize until after that time that they would not be able to complete sufficient factual discovery to allow their experts to adequately prepare their reports prior to the current disclosure deadline. Additionally, the parties have agreed to submit the case to private mediation, currently scheduled for May 13th, 2021, and will promptly inform the Court of any resolution that may result.

Accordingly, the parties request that the Court extend the current discovery deadlines ninety days.

**D.     PROPOSED DISCOVERY SCHEDULE**

| | |
|---|---|
| Close of Discovery: | June 21, 201. |
| Dispositive Motions: | July 19, 2021. |
| Joint Pre-Trial Order: | August 18, 2021. |
| Last day to amend pleadings: | Closed. |
| Initial Expert Disclosures: | Closed. |
| Rebuttal Expert Disclosures: | Closed. |
| Interim Status Report | Closed. |

///

///

| | |
|---|---|
| DATED this  29  day of March, 2021.<br>**RICHARD HARRIS LAW FIRM** | DATED this  29  day of March, 2021.<br>**COOPER LEVENSON, P.A.** |
| _____<br>MICHAEL I. SANDOVAL, ESQ.<br>Nevada Bar No. 013242<br>801 South Fourth Street<br>Las Vegas, Nevada 89101<br>*Attorneys for Plaintiff* | /s/ Andre Marques<br>ANDRE T. MARQUES ESQ.<br>Nevada Bar No. 14737<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 1107<br>3016 W. Charleston Blvd., Suite 195<br>Las Vegas, Nevada 89102<br>*Attorneys for Defendant* |

**ORDER**

IT IS ORDERED that the parties' stipulation is GRANTED.  However, the Court instructs the parties that it is not inclined to grant additional extensions absent exceptional circumstances establishing good cause.

**IT IS SO ORDERED**

**DATED:** 2:03 pm, April 02, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**