JERRY S. BUSBY
Nevada Bar #001107
ANDRE T. MARQUES
Nevada Bar #0147373
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
amarques@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAYRA AGUIRRE-ORTIZ, | CASE NO. 2:20-cv-00009-RFB-BNW |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD AND DRUG STORE a/k/a KROGER and DOES I-V, and ROE CORPORATIONS, I-V, inclusive, | **STIPULATION TO EXTEND DATE FOR FILING THE JOINT PRE TRIAL ORDER** |
| Defendants. | **(FIRST REQUEST)** |

WHEREAS, Defense counsel has prepared an initial draft of the Joint Pre Trial Order but the

parties need additional time to complete the document and ensure that it is complete; and

WHEREAS, the parties are currently in settlement negotiations with hopes of resolving this

matter prior to trial;

IT IS HEREBY STIPULATED AND AGREED by and between MICHAEL I. SANDOVAL,

ESQ. of the RICHARD HARRIS LAW FIRM, Attorneys for Plaintiff, MAYRA AGUIRRE-ORTIZ,

and JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., Attorneys for Defendant

/ / /

/ / /

/ / /

/ / /

CLAC 6489118.1

1  SMITH'S FOOD & DRUG CENTERS, INC., that the date for filing the Joint Pre Trial Order be

2  extended from August 18, 2021 until Monday, October 18, 2021.

3       Respectfully submitted this 28th day of July, 2021.

4  RICHARD HARRIS LAW FIRM            COOPER LEVENSON, P.A.

5  /s/ Michael I. Sandoval              /s/ Jerry S. Busby
   MICHAEL I. SANDOVAL, ESQ.         JERRY S. BUSBY, ESQ.

6  Nevada Bar No. 013242               Nevada Bar No. 001107

7  801 South Fourth Street             3016 West Charleston Boulevard - Suite 195
   Las Vegas, Nevada 89101            Las Vegas, Nevada 89102

8  (702) 444-4444                     (702) 366-1125
   Attorneys for Plaintiff               Attorneys for Defendant

9  MAYRA AGUIRRE-ORTIZ          SMITH'S FOOD & DRUG CENTERS, INC.

10

11

12

13

14       IT IS SO ORDERED:

15

16  _____
   UNITED STATES MAGISTRATE JUDGE
   DATED: __ September 13, 2021 _____

17

18

19

20

21

22

23

24

25

26

27

28

2