JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
 (702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MAYRA AGUIRRE-ORTIZ, | CASE NO. 2:20-cv-00009-RFB-BNW |
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD AND DRUG STORE a/k/a KROGER and DOES I-V, and ROE CORPORATIONS, I-V, inclusive, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, the parties to this litigation and their counsel of record have agreed upon a full and final settlement of this case and all claims asserted therein;

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff MAYRA AGUIRRE-ORTIZ and her attorney of record, Michael I. Sandoval, Esq. of the RICHARD HARRIS LAW FIRM, Attorneys for Plaintiff, and Defendant SMITH'S FOOD & DRUG CENTERS, INC. by and through its attorney of record, Jerry S. Busby, Esq. of the law firm COOPER LEVENSON, P.A. as follows:

1.      Plaintiff MAYRA AGUIRRE-ORTIZ'S claims herein against all Defendants shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

/ / /

/ / /

/ / /

/ / /

CLAC 6645933.1

2.      On October 18, 2021, the parties submitted their proposed joint pretrial order to this court. ECF No. 26.  As of the date this stipulation was submitted, the parties have not yet been given a trial date. The parties request that the court not set a trial date and that any pending deadlines with this court be vacated.

DATED this 5th day of January, 2022.

RICHARD HARRIS LAW FIRM                 COOPER LEVENSON, P.A.


/s/ Michael I. Sandoval, Esq.                   /s/ Jerry S. Busby, Esq.
MICHAEL I. SANDOVAL, ESQ.               JERRY S. BUSBY, ESQ.
Nevada Bar No. 13242                        Nevada Bar No. 001107
801 South Fourth Street                     3016 West Charleston Blvd., #195
Las Vegas, Nevada  89101                    Las Vegas, Nevada  89102
(702) 444-4444                              (702) 366-1125
Attorneys for Plaintiff                     Attorneys for Defendant
MAYRA AGUIRRE-ORTIZ                          SMITH'S FOOD & DRUG CENTERS, INC.




**O R D E R**

IT IS SO ORDERED.  Case dismissed with prejudice.


RICHARD F. BOULWARE, II
**United States District Court**

DATED this 6th day of January, 2022.

CLAC 6645933.1

2